USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

JEROME ORTIZ, : 16-Cv-4344 (SHS)

                Plaintiff, :

v. : ORDER

UNITED STATES OF AMERICA, :

                Defendant. :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

        Defendant having been resentenced on January 7, 2020,

        IT IS HEREBY ORDERED that defendant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 [Doc. 1] is granted. The Clerk of Court is directed to close this case.

Dated: New York, New York
       January 7, 2020

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.